**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7757**

MICHAEL P. WILLS,

              Plaintiff - Appellant,

     v.

HELEN F. FAHEY, Virginia Parole Board Chairman; UNKNOWN,
Parole Board Commissioners,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge. (1:10-cv-00825-JCC-TRJ)

Submitted:  June 30, 2011          Decided:  July 5, 2011

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael P. Wills, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael P. Wills appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wills v. Fahey, No. 1:10-cv-00825-JCC-TRJ (E.D. Va. filed Nov. 16, 2010, and entered Nov. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2